UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Todd Edward Hendricks | ) | Case No. 13-00518 RLM 7 |
| Diana Marie Hendricks | ) | |
| | ) | |
| Debtors. | ) | |

### UNITED STATES TRUSTEE'S
### MOTION OBJECTING TO DISCHARGE
### AS TO TODD EDWARD HENDRICKS ONLY

Nancy J. Gargula, United States Trustee, by Joseph F. McGonigal, Trial Attorney, respectfully requests this Court deny debtor's discharge in this case as to Todd Edward Hendricks only, pursuant to 11 U.S.C. §727(a)(8) and Fed.R.Bankr. Proc 9014(a). In support of such request, the U.S. Trustee states:

1. On January 22, 2013, Todd Edward Hendricks and Diana Marie Hendricks filed their petition under chapter 13 of the United States Bankruptcy Code. On September 11, 2013, the case was converted to chapter 7.

2. On September 19, 2005, Todd Edward Hendricks filed a chapter 13 petition, case number 05-19290 JKC 13. On December 21, 2007 the case was converted to chapter 7. In that case, the Mr. Hendricks received a discharge.

3. Since the Mr. Hendricks received a discharge in the 2005 case and less than 8 years passed before this case was filed, he is not eligible to receive a discharge in the present case pursuant to 11 U.S. C. §727(a)(8).

**WHEREFORE**, the United States Trustee requests the Court deny the discharge as to Todd Edward Hendricks only, and for such other relief as is proper and just.

>Respectfully submitted,
>
>NANCY J. GARGULA
>UNITED STATES TRUSTEE
>
>By   **/s/** Joseph F. McGonigal
>Joseph F. McGonigal, Trial Attorney
>Office of United States Trustee
>101 West Ohio Street, Suite 1000
>Indianapolis, IN  46204
>Tel:  (317) 226-6101
>Fax:  (317) 226-6356
>Email:  Joe.McGonigal@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2013, a copy of the foregoing **UNITED STATES TRUSTEE'S MOTION OBJECTING TO DISCHARGE AS TO TODD EDWARD HENDRICKS ONLY** was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Thomas A. Krudy     tkrudytrustee@gmail.com, IN65@ecfcbis.com

Harley K Means     hkm@kgrlaw.com, kmw@kgrlaw.com;ads@kgrlaw.com

Phillip A. Pluister     mavropodis@bcclegal.com, pluister@bcclegal.com; avropodis@bcclegal.com; strom@bcclegal.com; bochnowski@bcclegal.com

Steven P. Taylor1     sptaylor@bankruptcyoffice.net, ecfdocket@bankruptcyoffice.net; ecfdocket@gmail.com

I further certify that on October 31, 2013, a copy of the foregoing **UNITED STATES TRUSTEE'S MOTION OBJECTING TO DISCHARGE AS TO TODD EDWARD HENDRICKS ONLY** was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Diana Marie Hendricks
Todd Edward Hendricks
2504 Wickersham Drive S
Kokomo, IN 46901

>**/s/** Joseph F. McGonigal
>Joseph F. McGonigal, Trial Attorney
>Office of United States Trustee
>101 West Ohio Street, Suite 1000
>Indianapolis, IN  46204
>Tel:  (317) 226-6101
>Fax:  (317) 226-6356
>Email:  Joe.McGonigal@usdoj.gov